FILED 1/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:25-cr-00018
Judge Jeffrey I Cummings
Magistrate Judge Jeffrey Cole
RANDOM / Cat. 7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violation: Title 21, United States |
| | ) | Code, Sections 331(k) and 333(a)(2) |
| ADVANCED INVENTORY MANAGEMENT, INC., and ANTHONY IADEROSA | ) ) ) ) | |

The ACTING UNITED STATES ATTORNEY charges:

Beginning in or around December 2017 and continuing through in or around May 2019, at Mokena, in the Northern District of Illinois, and elsewhere,

ADVANCED INVENTORY MANAGEMENT, INC., and
ANTHONY IADEROSA,

defendants herein, with the intent to defraud and mislead, removed and caused the removal of labeling on medical devices, including sutures, gauges, and other products used in surgical procedures, while such medical devices were held for sale after shipment in interstate commerce, that resulted in such medical devices becoming misbranded within the meaning of 21 U.S.C. § 352(a).

In violation of Title 21, United States Code, Sections 331(k) and 333(a)(2).

MICHELLE PETERSEN  for MP
Digitally signed by MICHELLE PETERSEN
Date: 2024.12.18 23:36:13 -06'00'

ACTING UNITED STATES ATTORNEY

1